AO91 (Rev. 12/03) Criminal Complaint

# FELONY

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*March 04, 2025*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**vs.**

**CRIMINAL COMPLAINT**

Ruben GUEVARA-Alamillo
A205 079 122 Mexico

Case Number: 1:25-MJ-180

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ___March 03, 2025___ in ___Cameron___ County, in

the ___Southern District Of Texas___ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title ___8___ United States Code, Section(s) ___1326(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol Agents conducting a traffic stop near Brownsville, Texas on March 03, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 28, 2011. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,594.00 U.S. currency at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Guzman, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

___March 04, 2025___
Date

at ___Brownsville, Texas___
City/State

Ignacio Torteya III
Name of Judge

U.S. Magistrate Judge
Title of Judge

Signature of Judge